DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| 264P15 | State v. Beamon Fowler | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1205) | Denied |
|---|---|---|---|
| 268P15 | State v. Delwood Earl Shelly | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court Order of Cumberland County (COAP14-294) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 272P15 | Susan Vaughan, Grandmother, Caretaker, Custodian v. Currituck DSS, et al. | 1. Petitioner's *Pro Se* Motion for Temporary Stay (COAP14-997) | 1. Denied **08/06/2015** |
| | | 2. Petitioner's *Pro Se* Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 3. Denied |
| 273P15 | State v. Drew Martin | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1375) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Pitt County | 3. Denied |
| | | 4. State's Motion to Dismiss Appeal | 4. Allowed |
| 274P15 | Robert K. Stewart v. Maureen H. Krueger and Peter B. Strickland | 1. Petitioner's *Pro Se* Motion for Complaint Obstructing Justice | 1. Dismissed |
| | | 2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Petitioner's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 282P08-3 | State v. Farley L. Bernard | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County | Dismissed |
| 283P13-2 | State v. Windsor Devone Ingram | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |